FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Ali Alhigaimi Esqueda<br>Last 4 of SSN: 4675<br>Year of Birth: 1999<br><br>*Defendant(s)* | ) | Case No. 25-MJ-2875 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 07/15/2025 in the county of Bernalillo in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751 (a) | Escape: (a) Whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Kevin Beem
*Complainant's signature*

Kevin Beem Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/21/2025

Jennifer M. Rozzoni
*Judge's signature*

City and state: Albuquerque, NM

Jennifer M. Rozzoni, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**v.**

ALI ALHIGAIMI ESQUEDA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin Beem, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Deputy United States Marshal with the United States Marshals Service (USMS) and have been since March 2024. I have received and completed 18 weeks of training at the Federal Law Enforcement Training Academy (FLETC) as a criminal investigator. As part of my duties with the USMS I investigate and locate fugitives from justice in violation of 18 U.S.C. § 751(a). As such, I am a "federal law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. Prior to my time with the USMS, I was employed by the Albuquerque Police Department (APD) in New Mexico from 2014 to 2023. During my time as a APD Officer I served as a patrol officer. While employed at APD I developed investigative and law enforcement skills by conducting hundreds of interviews with suspects, victims, and witnesses regarding a wide variety of crimes to include homicide, aggravated assault, sexual assault, domestic violence, child sex crimes, and various narcotics crimes.

3. Prior to my time with APD, I received a Bachelor of Science in Criminal Justice from New Mexico State University.

4. The facts in this affidavit come from my personal observations, and my review of United States District Court records, official Bureau of Prison (BOP) records and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about July 9, 2025, Ali Alhigaimi Esqueda (ESQUEDA) knowingly escaped from the custody of the Attorney General and the BOP. ESQUEDA was confined by virtue of a judgement of conviction. These actions taken by ESQUEDA have therefore caused him to violate 18 U.S.C. § 751(a).

**PROBABLE CAUSE**

6. On February 26, 2021, ESQUEDA pled guilty pursuant to a Rule 11(c)(1)(B) plea agreement to count one of the indictment charging him with: 18 U.S.C. § 922(g)(1) and 924, Possession of a Firearm and Ammunition by a Felon, in Cause No. 20-CR-1888.

7. On October 4, 2021, ESQUEDA appeared and was sentenced before a United States District Court Judge, within the District of New Mexico. ESQUEDA was committed to the custody of the Bureau of Prisons (BOP) for a term of 46 months. ESQUEDA was also set to serve a term of three years of supervised release following his release from BOP custody.

8. The BOP is part of the United States Department of Justice, which is headed by the United States Attorney General.

9. On June 18, 2025, ESQUEDA was placed at the Diersen Charities Residential Re-Entry Center (RRC), located at 2331 Menaul Blvd NE, Albuquerque, NM by the BOP to finish his custodial sentence. It is not uncommon for the BOP to place inmates at RRC's to finish the final portions of their custodial sentences. ESQUEDA had not been discharged from BOP, he

was still in BOP custody and still in the custody of the Attorney General. ESQUEDA completed

the intake paperwork, to include the "Dismas Charities Inc. Acknowledgement of Custody" form. The following is a snippet from the form: "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the Residential Center without permission form the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General." The form continues with: "I do hereby acknowledge that I fully understand this law." The form is dated 18 day of June 2025 and is signed by ESQUEDA.

10. On July 9, 2025, at approximately 11:19 AM a headcount was conducted and ESQUEDA was not at the RRC. A camera review was conducted, and ESQUEDA was observed leaving the RRC at 8:51 AM without authorization.

11. On July 9, 2025, a Notice of Escaped Federal Prisoner flyer was issued to the USMS to begin looking for ESQUEDA. On July 9, 2025, ESQUEDA was entered into NCIC as an escapee, with the intended purpose to locate and apprehend ESQUEDA.

12. On July 9, 2025, I was assigned to assist with the location and arrest of ESQUDA.

13. On July 18, 2025, ESQUEDA's wife, Maria Alhigiami went to the RRC and retrieved all of the property ESQUEDA left behind.

14. As of July 18,2025, ESQUEDA has not returned to the RRC or made any known attempts to turn himself in. At the time of drafting this affidavit, ESQUEDA's whereabouts are unknown.

15. Based upon these facts, I have probable cause to believe that Ali Alhigaimi ESQUEDA did knowingly and willfully escape from the custody of the United States Attorney General, or an authorized representative, institution or facility in which he was confined by

direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of New Mexico, in violation of 18 U.S.C. § 751 (a).

Respectfully submitted,

Kevin Beem

Kevin Beem
Deputy United States Marshal
District of New Mexico - Albuquerque
United States Marshals Service

Electronically signed and telephonically sworn on July 21, 2025.

Jennifer M. Rozzoni

Jennifer M. Rozzoni
United States Magistrate Judge