IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
AUG 20 2025
MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**ALI ALHIGAIMI ESQUEDA**,

Defendant.

CRIMINAL NO. 25-3250 JB

18 U.S.C. § 751(a): Escape.

# INDICTMENT

The Grand Jury charges:

On or about July 9, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **ALI ALHIGAIMI ESQUEDA**, knowingly escaped from custody at the Diersen Charities Residential Re-entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General, and by virtue of a judgment and commitment of the United States District Court for the District of New Mexico, upon conviction for the commission of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and (924)(a)(2).

In violation of 18 U.S.C. § 751(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
SAH 8-5-2025